```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/01/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
                                                                :

MARY WEST,                                :

                                                 Plaintiff,       :          1:20-cv-04959-GHW

                                                              :

                              -v -                           :          <u>ORDER</u>

                                                              :

PHILIPP PLEIN AMERICAS, INC.,    :

                                                             :

                                    Defendant.    :

                                                             :
------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

      Plaintiff's October 1, 2020 request to adjourn the initial pretrial conference, Dkt No. 9, is granted.  The initial pretrial conference scheduled for October 1, 2020 is adjourned to November 30, 2020 at 4 p.m.  The joint status letter and proposed case management plan described in the Court's July 2, 2020 order are due no later than November 23, 2020.  Plaintiff is ordered to serve a copy of this order upon the Defendant or their attorney(s) and file proof of service of the order.

      The Clerk of Court is directed to terminate the letter motion pending at Dkt No. 9.

      SO ORDERED.

Dated: October 1, 2020
       New York, New York

                                                              GREGORY H. WOODS
                                                     United States District Judge